# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MONUMENT PEAK VENTURES, LLC

Plaintiff,

v.

TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC. AND TOSHIBA CORPORATION

Defendants.

JS-6

Case No. 8:19-cv-02181-DOC-DFM

## STIPULATED FINAL JUDGMENT

For the reasons set forth in the Court's Order at Doc 44 and in accordance with the stipulation of the parties, IT IS ORDERED AND ADJUDGED that final judgment is hereby entered as follows:

Plaintiff's claims under U.S. Patent No. 7,684,090 against Toshiba America Business Solutions, Inc. and Toshiba Corporation are hereby dismissed with prejudice pursuant to the parties' stipulation.

Final judgment is entered in favor of Defendants Toshiba America Business Solutions, Inc., Toshiba America Electronic Components, Inc., and Toshiba Corporation and against Plaintiff Monument Peak Ventures, LLC in accordance with the Court's Order at Docket 44, which is merged into this Final Judgment, including on the

unpatentability of the adjudicated claims of U.S. Patent Nos. 6,903,762; 7,177,484; 7,583,294; 8,964,064 and 9,549,095 under 35 U.S.C. § 101.

All parties to this action shall bear their own fees, costs and expenses incurred relative to this action.

Except to the extent specifically granted herein, all pending motions are denied without prejudice as moot.

In accordance with the parties' stipulation, this Final Judgment does not constitute any waiver or estoppel of any parties' rights to appeal this Final Judgment or any rulings or issues addressed in the Court's Order at Doc 44.

SIGNED AND ENTERED this  11th ` day of September, 2020.

_David O. Carter_
Hon. David O. Carter
United States District Judge